IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MELISSA SHIPLEY, # 920334          :

    Petitioner          :

    v.          :          CIVIL ACTION NO. RDB-09-1384

UNITED STATES OF AMERICA          :

    Respondent          :

## **O R D E R**

In accordance with the accompanying Memorandum Opinion, it is this 16th day of September, 2009, by the United States District Court for the District of Maryland hereby ORDERED:

1. The Petition IS DISMISSED as time-barred;

2. The case IS CLOSED; and

3. The Clerk SEND a copy of this Order and Memorandum Opinion to Petitioner and to counsel for Respondent.

                                                     /s/

                                         RICHARD D. BENNETT
                                         UNITED STATES DISTRICT JUDGE